Irving-Austin Building Corporation et al., Appellees, v. Village Homebuilders, Inc., et al., Appellants.

Gen. No. 41,610.

180

Heard in second division, first district, this court at February term, 1941; opinion filed November 28, 1941. Sheehan & Egan and H. P. Robinson, for appellants; Roy J. Egan, of counsel; Healy & Reid, for appellees. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''